J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants Countrywide Home
Loans, Inc. and BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN STORLAZZI,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>BAC HOME LOANS SERVICING, LP; et al.,<br><br>    Defendants. | Case: 2:10-cv-00867-RLH-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed, with prejudice, each party to bear its own fees and costs.

LEWIS AND ROCA LLP

_____
J. Christopher Jorgensen
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Attorneys for Defendants
DATED: 8-26-10

_____  8-17-10
Steven Storlazzi
7567 Poppy Meadow Street
Las Vegas, NV 89123
Pro Se Plaintiff
DATED:_____

**IT IS SO ORDERED**

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE
DATED: __ August 30, 2010 __